Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI CUNNINGHAM,<br><br>Defendant. | No. CR 23–090 JHC<br><br>DEFENDANT CUNNINGHAM'S AGREEMENT TO BE BOUND BY PROTECTIVE ORDER [docket 62] |

DEFENDANT JAHRI CUNNINGHAM confirms, through his counsel of record, that he has reviewed the Protective Order [docket 62], understands its provisions, and agrees to be bound by them.

Respectfully Submitted on August 3, 2023.

LAW OFFICES OF STEPHAN R. ILLA, INC., P.S.

Stephan R. Illa
    WSBA No. 15793
Attorney for Defendant