Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>JAHRI CUNNINGHAM,<br>    Defendant. | No. CR 23–090 JHC<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL |

Defendant's Motion to Continue Trial Date came on regularly for hearing, and, the Court being fully advised, grants the motion and further finds that, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the trial is continued to **June 24, 2024**. Pretrial motions shall be filed by May 13, 2024.

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TRIAL – 1

Law Offices of Stephan R. Illa, P.S.
P.O. Box 10033
Bainbridge Island, WA  98110
(206) 817-4142
theStephanator@msn.com

IT IS FURTHER ORDERED that the period of delay from the date of this order until the new trial date is excludable time pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

ORDERED this 23rd day of January, 2024.

*John H. Chun*
John H. Chun
United States District Judge

Presented by:

LAW OFFICES OF STEPHAN R. ILLA

*/s/ Stephan R. Illa*

Stephan R. Illa
  WSBA No. 15793
Attorney for Defendant

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE TRIAL – 2

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142
THESTEPHANATOR@MSN.COM