UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON-SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAHRI CUNNINGHAM,

        Defendant.

No. CR23-090 JHC

DEFENDANT'S CONTINUED STIPULATION TO PROTECTIVE ORDER

Comes now Jeffrey Kradel, counsel for defendant Jahri Cunningham, and hereby confirms that he agrees to be bound by the protective order found at Docket #62 and consistent with the stipulation previously entered on behalf of Mr. Cunningham by previous counsel, Stephan Illa, found at Docket #99.

DATED this 1st day of May, 2024.

Respectfully submitted,

s/Jeffrey L. Kradel
WSBA No. 26767
Attorney for Jahri Cunningham
1455 NW Leary Way, Suite 400
Seattle WA 98107
206/397-3102 voice
206/922-5547 facsimile
jeff@kradeldefense.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Cindy Chang

<u>/s Jeffrey Kradel</u>

DEFENDANT'S CONTINUED STIPULATION TO PROTECTIVE ORDER - 2

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com