IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) NO. CR23-90 JHC | |
| Petitioner, ) | |
| ) | |
| v. ) ORDER CONTINUING TRIAL AND | |
| ) RESETTING MOTIONS DEADLINE | |
| JAHRI CUNNINGHAM ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER having come before the Court on the motion of defendant, Jahri Cunningham, through his attorney Jeffrey L. Kradel, and the Government indicating no objection, and the Court having determined that ends of justice would be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial and that the failure to grant a continuance of the trial date would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

/

//

ORDER CONTINUING TRIAL DATE AND
ESTABLISHING NEW MOTIONS DEADLINE - Page 1

KRADEL DEFENSE PLLC
1001 4th Ave., Suite 4050
Seattle, Washington 98154
206.397.3102

It is therefore ORDERED:

1. All pretrial motions are must be filed no later than August 1, 2024.

2. Trial is continued to October 15, 2024.

It is further ordered that the time period from the date of this Order until the new trial date of October 15, 2024, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 13th day of May, 2024.

*John H. Chun*

The Honorable John H. Chun

UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING TRIAL DATE AND
ESTABLISHING NEW MOTIONS DEADLINE - Page 2

**KRADEL DEFENSE PLLC**
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
206.397.3102