IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR23-90 JHC |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER PERMITTING WITHDRAWAL OF |
| ) | COUNSEL AND DIRECTING |
| JAHRI CUNNINGHAM ) | APPOINTMENT OF NEW COUNSEL |
| ) | |
| Defendant. ) | [CLERK'S ACTION REQUIRED] |
| ) | |

THIS MATTER having come before the Court ex parte, on the Motion to Withdraw as Counsel and Appoint new counsel,

It is therefore ORDERED Jeffrey L. Kradel is permitted to withdraw as counsel, and new counsel from the Criminal Justice Act Panel shall be appointed.

DATED this 6th day of September, 2024

_____
The Honorable John H. Chun
United States District Court Judge

ORDER PERMITTING WITHDRAWAL
AND DIRECTING APPOINTMENT OF
NEW COUNSEL
- Page 1

**KRADEL DEFENSE PLLC**
One Union Square, Suite 1928
600 University Street
Seattle, Washington 98101
206.397.3102