The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAHRI CUNNINGHAM,<br>    Defendant. | Case No. 23-cr-090 JHC<br><br>ORDER GRANTING CONTINUANCE OF TRIAL DATE |

This matter comes before the Court on Defendant, Jahri Cunningham's, unopposed motion to continue the trial date (Dkt. 233). Having thoroughly considered the defendant's unopposed motion and argument, and considering the Defendant's Speedy Trial waiver, the Court hereby GRANTS the motion.

Current counsel was appointed to represent Mr. Cunningham on September 9, 2024, over a month after the pretrial motions deadline on August 1, 2024 (Dkt. 231). After filing a Stipulation to be bound by the Protective Order on September 17, 2024 (Dkt. 232), defense counsel received a copy of the discovery on September 24, 2024. Defense counsel needs to have an appropriate period to review the discovery, consult with their client, prepare for trial, or other resolution short of trial.

ORDER GRANTING CONTINUANCE
OF TRIAL DATE - 1

The Law Office of Carlos M. Santiago, P.C.
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.340.6034/ Fax. 206.267.0349

1  Having thoroughly considered the matter, the Court hereby finds that the ends of justice
2  are served by granting a continuance and those ends outweigh the interest of the public and
3  the defendant in a speedy trial. See, 18 U.S.C. §3161(h)(7)(A).

4  Further, the Court finds the time between the current October 15, 2024, trial date and
5  February 3, 2025, is a reasonable period of delay under 18 U.S.C. 3161 §(h)(6).

6  It is ORDERED that the trial date will be continued to February 3, 2025. Pretrial
7  motions shall be filed by December 9, 2024. It is further ORDERED that the time between
8  the date of this order and the new trial date shall be excludable time pursuant to the Speedy
9  Trial Act, 18 U.S.C. § 3161(h)(7)(A).

11  DATED this 24th day of September, 2024.

_____
The Honorable John H. Chun
United States District Judge

Presented by:

*s/ Carlos Santiago*
CARLOS M. SANTIAGO
Attorney for the Jahri Cunningham

ORDER GRANTING CONTINUANCE
OF TRIAL DATE - 2

The Law Office of Carlos M. Santiago, P.C.
1000 Second Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.340.6034/ Fax. 206.267.0349