UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JAHRI CUNNINGHAM,<br><br>   Defendant. | Case No. 23-cr-090 JHC<br><br>ORDER CONTINUING TRIAL DATE |

This matter comes before the Court on Defendant Jahri Cunningham's motion to continue the trial date. Dkt. # 238.

For the reasons presented in the moving papers, the Court finds that the ends of justice are served by granting a continuance and those ends outweigh the interest of the public and the defendant in a speedy trial. And for reasons presented by both parties, the Court finds the time between the current trial date and June 16, 2025, is a reasonable period of delay.

The Court therefore sets trial for June 16, 2025. The period of delay from the date of this order to the new trial date is excludable time under 18 U.S.C. § 3161.

The Court sets May 6, 2025 as the pretrial motions deadline.

/

/

ORDER CONTINUING TRIAL DATE - 1

DATED this 30th day of December, 2024.

>John H. Chun
>United States District Judge

ORDER CONTINUING TRIAL DATE - 2