UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAHRI CUNNINGHAM,<br>    Defendant. | Case No. 23-cr-090 JHC<br><br>ORDER ON MOTION TO SEAL UNREDACTED MOTION TO REVOKE DETENTION ORDER |

This Court, having reviewed the defendant's unopposed Motion to Seal and the associated unredacted Motion to Revoke Detention Order, Dkt. # 246, finds there are compelling reasons to file the Motion under seal. The Motion contains references to protected information. Therefore, the Motion to Seal is GRANTED and the Motion to Revoke Detention Order is accepted under seal.

DATED this 17th day of March, 2025.

_____
John H. Chun
United States District Judge

CERTIFICATE OF SERVICE - 1