UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Respondent. | CASE NO. 23-cr-00090-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) In light of the hearing on the motion to withdraw, Dkt. # 259, scheduled for May 28, 2025, the Court DIRECTS counsel for the parties to meet and confer regarding new pretrial deadlines. The parties shall submit a joint proposal or separate proposals by May 9, 2025.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 2nd day of May 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1