|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI CUNNINGHAM,<br><br>Defendant. | CASE NO. CR23-090-JHC-3<br><br>**SCHEDULING ORDER** |

    This matter came before the Court on the parties' Joint Motion for Scheduling Order. Dkt. # 266. The Court finds that the motion should be granted. The parties shall observe the following case schedule:

//

//

//

*United States v. Cunningham,* CR23-090-JHC-3
Scheduling Order - 1

| Date | Event |
|---|---|
| May 30, 2025 | Pretrial Motions<br>Government's Expert Disclosure |
| June 2, 2025 | Defendant's Expert Disclosure<br>Government's Exhibit List<br>Government's Witness List<br>Government's Proposed Jury Instructions<br>Government's Trial Brief |
| June 6, 2025 | Responses to Pretrial Motions<br>Motions in Limine<br>Proposed Voir Dire<br>Defendant's Trial Brief<br>Defendant's Exhibit List<br>Defendant's Witness List |
| June 9, 2025 | Rebuttal Expert Disclosures |
| June 11, 2025 | Replies to Pretrial Motions<br>Responses to Motions in Limine |
| June 16, 2025 | Trial |

IT IS SO ORDERED

DATED: May 7, 2025

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE