UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | CASE NO. 23-cr-00090-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The parties should be prepared to discuss all pending motions in this matter, Dkt. ## 259, 261, 265, 268, at the hearing scheduled for May 28, 2025.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 19th day of May, 2025.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 1