1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAHRI ASAD CUNNINGHAM,

Defendant.

CASE NO. 23-cr-00090-JHC

SUPPLEMENTAL ORDER

14

15

16

17

18

19

20

21

22

23

24

     This matter comes before the Court sua sponte.  At the hearing today, the Court denied without prejudice Defendant's Motion to Modify or Remove Protective Order on Discovery, Dkt. # 265, to the extent it was a proper motion.  This document was entered ex parte because Defendant filed it himself while still represented by Carlos Santiago.  For the record, the Court notes that, with the consent of the defense, at the hearing, it provided a physical copy of Dkt. # 265 (only pages 1-7) to so that the parties could discuss the motion during the hearing.  The Court reiterates that after Defendant has the opportunity to confer with counsel, and after the parties have conferred, he may renew his motion through counsel if any issues remain.

//

//

SUPPLEMENTAL ORDER - 1

1        Dated this 28th day of May, 2025.

2

3                                          John H. Chun
                                           United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

SUPPLEMENTAL ORDER - 2