**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>JAHRI ASAD CUNNINGHAM<br><br>    Defendant. | NO. CR 23-090-JHC<br><br>ORDER SEALING EXHIBITS |

The Court has reviewed Defendant's motion to seal previously filed exhibits to his motion to modify conditions of release at Dkt. # 285, Exhibits 1 and 2. Dkt. # 288. For the reasons stated in that motion, the Clerk of the Court is directed to seal Dkt. # 285, Exhibits 1 and 2.

    Dated this 2nd day of December.

*John H. Chun*
John H. Chun
United States District Judge

-1-

Order
(United States v. Jahri Cunningham CR 23-090-JHC)