UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>    Defendant. | CASE NO. CR23-090-JHC-3<br><br>**ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF 4,200 WORDS** |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of 4,200 words, Dkt. # 297, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file a Response to Defendant's Motion to Suppress that does not exceed 6,500 words.

DATED this 11th day of May, 2026.

_____
JOHN H. CHUN
United States District Judge

Order - 1
*United States v. Cunningham – CR23-090-JHC-3*