The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-090 JHC |
|---|---|
| Plaintiff | ORDER RESETTING TRIAL TO AUGUST 3, 2026 |
| v. | |
| JAHRI CUNNINGHAM, | |
| Defendant. | |

On May 11, 2026, the Court *sua sponte* raised concerns with the June 15, 2026 trial date and its conflict with the World Cup. The Court instructed the parties to meet and confer on their availability, which they have done and identified August 3, 2026 as the first mutually available date that does not conflict with the World Cup schedule in Seattle. The parties have also met and conferred regarding pretrial deadlines. Therefore,

IT IS ORDERED that the June 15, 2026 trial date in this case be reset to August 3, 2026.

IT IS FURTHER ORDERED that the pretrial motions deadline has passed. No additional pretrial motions may be filed except upon leave of court for good cause. A motion based on discovery not produced or otherwise available to the movant before the prior pretrial motions deadline (May 4, 2026) generally will meet this good cause standard.

Order Resetting Trial to August 3, 2026 - 1
*United States v. Jahri Cunningham*, CR23-090 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the government's expert disclosure shall be due June 15, 2026, the defense's expert disclosure shall be due June 30, 2026, and the government's rebuttal expert disclosure shall be due July 7, 2026.

IT IS FURTHER ORDERED that the parties' deadline to file motions in limine is July 20, 2026. The deadline for responses to motions in limine is July 27, 2026.

All other pre-trial deadlines shall follow the schedule articulated in the Local Criminal Rules.

DATED this 13th day of May, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Grace W. Zoller
GRACE W. ZOLLER
Assistant United States Attorney

Order Resetting Trial to August 3, 2026 - 2
*United States v. Jahri Cunningham*, CR23-090 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970