UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00090-JHC-3 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAHRI ASAD CUNNINGHAM, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  Defendant emailed multiple submissions to this Court ex parte.  *See* Dkt. ## 309, 312, 314, 315.  The Court accepted these submissions as related to the motion to withdraw, Dkt. # 308, and that matter has been decided.  Dkt. # 317.  The Court **will not** accept any further submissions that Defendant does not properly file with the Court; emailed documents will not be accepted.

(2)  This morning, June 2, 2026, Defendant again emailed the Court with two additional submissions.  One is a request to proceed pro se and for a *Faretta* hearing.  The Clerk has been directed to docket this motion as ex parte and sealed.  The other is a substantive argument related to the record and is specifically described as a "public motion" and entitled "Defendant's

MINUTE ORDER - 1

Renewed and Expanded Limited Public Motion To Hold the Government to its Record Representations And Preclude Outside-Record Foundation Repair." The Court has instructed the Clerk to docket this motion as unsealed. The Government has until Thursday, June 4, 2026 to respond to this motion. The Clerk is directed to note this motion for the same day.

(3) Further, the motion seeks to incorporate arguments raised in a previous submission entitled "Defendant's Limited Public Motion To Hold the Government To Its Formal Representations and Preclude Outside-Record Foundation Repair." *See* Dkt. # 315-1. The Court directs the Clerk to unseal Dkt. # 315-1.

(4) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 2nd day of June 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2