UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br><br>ORDER |

This matter comes before the Court on Defendant Jahri Asad Cunningham's Motion for Reconsideration related to the Court's prior order on Cunningham's Motion to Suppress. Dkt. # 344; *see* 326 (Order). The Court has reviewed the motion, the rest of the record, and the governing law. For the reasons below, the Court DENIES the Motion. Dkt. # 344.

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCrR 12(b)(13)(A). Cunningham's motion fails to show manifest error or new facts or legal authority, but instead is disagreement with the Court's order, and thus it is denied. *See* Dkt. # 326 at 4-6.

- 1

Additionally, Cunningham has requested leave to file an over-length motion within the motion to reconsider. *See* Dkt. # 344 at 1. The Court has considered the motion here, but it is unlikely to provide such leave again. At the time of filing the instant motion, Cunningham, now pro se, has filed three motions and briefs. *See* Dkt. ## 329, 343, and 344. One did not contain a word count, but the Court suspects it might be overlength and the other two Cunningham has requested leave to file overlength. *See* Dkt. ## 329, 343, and 344. The Court has considered these motions, but it will likely strike future motions that do not contain a word count or that exceed the word count established in the Local Rules of Criminal Procedure.

For these reasons, the Court DENIES the motion. Dkt. # 344.

Dated this 1st day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2