UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAHRI ASAD CUNNINGHAM,

Defendant.

CASE NO. 2:23-cr-00090-JHC-3

ORDER

This matter comes before the Court on Defendant Jahri Asad Cunningham's Supplemental Motion For Leave To File Newly Received Discovery In Support Of Continuance Record Lock, Limited Evidentiary Source Hearing, Expert Assistance, And Related Suppression/Venue Issues. Dkt. # 350. The Court has reviewed the materials filed in support of and in opposition to the motion, the rest of the record, and the governing law. For the reasons below, the Court DENIES the motion. Dkt. # 350.

The motion does not raise any legal authority or concerns beyond what was already stated in Cunningham's original Motion for Reconsideration and Motion to Continue. *See* Dkt. ## 329, 344. The Court has denied these motions, and thus the instant motion is moot. *See* Dkt. ## 353, 354.

- 1

But even if the motion was not moot—for the reasons presented by the Government at Dkt. # 351 and those outlined below—the Court would deny the motion. "A defendant proceeding pro se, or requesting to proceed pro se, is subject to the same good faith limitations imposed on lawyers, as officers of the court." *United States v. Flewitt*, 874 F.2d 669, 675 (9th Cir. 1989). The pretrial motions deadline in this case has passed. *See* Dkt. # 302. While some of the issues raised in the motion are not barred by the deadline, Cunningham also raises issues that are not suited for this stage of litigation. *See* Dkt. # 350. This is also Cunningham's fourth filing in the past two weeks, most of which exceed the local word count and raise issues either previously addressed by the Court or contained in other pending motions. *See* Dkt. ## 329, 344, 349, & 350. The Court has considered these motions, but the Court will not entertain frivolous motions or continued motions practice beyond what is allowed pursuant to its previous order resetting the trial date. *See* Dkt. # 302.

For these reasons, the motion is DENIED. Dkt. # 350.

Dated this 2nd day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2