UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br><br>ORDER |

This matter comes before the Court on Defendant Jahri Asad Cunningham's Motion for Leave to Appear by Videoconference at the July 24, 2026 pretrial conference. The Motion is STRIKEN as moot. *See* Dkt. # 334 (setting pretrial conference and allowing "Defendant to appear via Zoom videoconference").

Dated this 17th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 1