UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHRI ASAD CUNNINGHAM,<br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br>ORDER |

This matter comes before the Court on Defendant Jahri Asad Cunningham's Motion for Rule 16(d) Implementation Order Directing Local Supervised Review of Protected Discovery and Complete Redacted Discovery Set. Dkt. # 364. The Court has already considered and decided this issue. *See* Dkt. # 363. Additionally, this request made three years into the case and on the eve of trial is untimely. For the reasons already stated in that previous order and those raised in the Government's response, *see* Dkt. # 369, the Court DENIES the motion. *See* Dkt. # 364.

//

//

Dated this 23rd day of July, 2026.

John H. Chun
United States District Judge