UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHRI ASAD CUNNINGHAM,<br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Defendant Jahri Asad Cunningham requests leave to file a pre-trial motion even though the pre-trial motions deadline has passed. *See* Dkt. # 375. For the reasons listed in Cunningham's motion, the Court will consider the motion on the merits. *See* L.Cr.R. 12(c).

(2) Due to the scheduled trial on August 3, 2026 and because Cunningham has already briefed the issue on the merits, the Court will consider the original motion and does not grant Cunningham leave to file a new motion on the questions raised. *See* Dkt. # 375. The Court DIRECTS the Government to respond to the merits of the motion. Dkt. # 375. The Government's response is to be filed no later than Tuesday, July 28, 2026. If the Government responds, Cunningham may file his optional reply no later than Thursday, July 30, 2026.

(3) The Clerk is directed to re-note this motion for July 30, 2026.

(4) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 23rd day of July 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk