UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Due to a prior commitment of the Court, on Tuesday, August 4, 2026, the lunch recess will begin early, at 11:00 a.m. Trial will resume at 1:30 p.m.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 27th day of July 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk