UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHRI ASAD CUNNINGHAM,<br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br>ORDER |

This matter comes before the Court on Defendant Jahri Asad Cunningham's Motion for Leave to Amend Trial Exhibit List and Cunningham's Motion for Leave to File Second Amended Proposed Exhibit List. Dkt. ## 409, 420. The Government has not opposed either motion. Also, since filing the motions, Cunningham has submitted a Third Amended Exhibit List. *See* Dkt. # 426. The Court accepts this list. The Court STRIKES Dkt. # 409 and Dkt. # 420 as moot.

Dated this 31st day of July, 2026.

John H. Chun

John H. Chun
United States District Judge