UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHRI ASAD CUNNINGHAM,<br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br>ORDER |

This matter comes before the Court on Defendant Jahri Asad Cunningham's Objection to Proceeding to Trial; Renewed Motion to Continue; and Request for Remedial Orders Securing Compulsory Process, Rule 17 Records, Expert Assistance, and Meaningful Preparation. Dkt. # 437. The motion is the latest in a series of attempts by Defendant—who has been out on bond for over three years (Dkt. ## 72 & 73)—to avoid going to trial on August 3, 2026. See Dkt. ## 329, 362, 398, 399, 423 (filed just two days before the instant motion). For the reasons below, the Court DENIES the motion.

The motion does not raise a new basis to continue. The Court incorporates the legal standards and reasoning from its previous orders and finds that a continuance is unwarranted. *See* Dkt. ## 354, 392, 417, 440; *see also* Dkt. ## 326, 344. Being fully advised, the Court DENIES the motion. Dkt. # 437.

Dated this 3rd day of August, 2026.

John H. Chun
United States District Judge