UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br><br>ORDER |

This matter comes before the Court on Defendant Jahri Asad Cunningham's Revised Motion for Judgment of Acquittal Under Fed. R. Crim. P. 29. Dkt. # 459. Defendant asks the Court to enter an acquittal on all counts. *See* Dkt. # 459. The Court has reviewed the motion, the rest of the record, the governing law, and has considered oral argument from both parties. Being fully advised, for the reasons below, the Court DENIES the motion. Dkt. # 459.

"After the government closes its evidence or after the close of all the evidence, the court on the defendant's motion must enter a judgment of acquittal of any offense for which the evidence is insufficient to sustain a conviction." Fed. R. Crim. P. 29(a); *see also* Fed. R. Crim. P. 29(b) (allowing the court to reserve decision). Put differently, this rule "requires a trial court to enter a judgment of acquittal if the Government fails to present sufficient evidence to sustain a conviction." *United States v. Miller*, 953 F.3d 1095, 1108 (9th Cir. 2020). Evidence is sufficient

when it is "view[ed] . . . in the light most favorable to the prosecution [and] *any* rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt." *Id.* (quoting *United States v. Dearing*, 504 F.3d 897, 900 (9th Cir. 2007)).

At trial, the Government presented evidence supporting every essential element, including venue, of Charges 5, 13, 16 and 24. When viewed in the light most favorable to the prosecution, this evidence suffices to sustain a conviction for every offense charged. Thus, the Court DENIES the motion.

Dated this 7th day of August, 2026.

John H. Chun
United States District Judge