UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHRI ASAD CUNNINGHAM<br>Defendant. | NO. CR23-090 JHC<br><br>ORDER TO SEAL DOCUMENT |

This comes before the Court on the Government's Motion to Seal Admitted Trial Exhibits. Dkt. # 468. Having considered the motion, any opposition, the record in this case, and because of the sensitive information contained in the Admitted Trial Exhibits, the Court hereby GRANTS the motion.

It is hereby ORDERED that the unredacted versions of Admitted Trial Exhibits, shall remain sealed.

//

//

DATED this 13th day of August, 2026.

JOHN H. CHUN
United States District Judge