UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court has reviewed the Motion to Withdraw as Counsel at Dkt. # 487. The Court DIRECTS defense counsel to file a supplemental brief by Friday, August 28, 2026. Such brief shall clarify whether Mr. Cunningham seems to have new counsel appointed for sentencing or whether he wishes to proceed pro se, and shall include any other information counsel believes would assist the Court in addressing the motion.

(2) The Court DIRECTS the Clerk to (a) note the Motion to Withdraw as Counsel (Dkt. # 487) for September 2, 2026; and (b) forward a copy of this Order to all counsel of record.

//

//

Dated this 25th day of August 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk