UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHRI ASAD CUNNINGHAM,<br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br><br>ORDER |

This matter comes before the Court on the Motion to Withdraw as Counsel. Dkt. ## 487, 491 (requesting new counsel); *see also* Dkt. ## 488, 489. The Court GRANTS the motion.

It is therefore ORDERED Peter A. Camiel is permitted to withdraw as counsel, and new counsel from the Criminal Justice Act Panel shall be appointed.

Dated this 1st day of September, 2026.

John H. Chun
United States District Judge