UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br><br>ORDER |

This matter comes before the Court on the Defendant's Motion to Extend Noting Date and for Leave to File Amended Post Trial Motions. Dkt. # 494. The Court has reviewed the materials filed in support of and in opposition to the motion, the record, and the governing law. Being fully advised, the Court DENIES IN PART and GRANTS IN PART the motion.

For the reasons provided by the Government, Dkt. # 495, the Court denies Defendant's request to amend and supplement Cunningham's post-trial motions. But because the request for an extension to file a reply to the pending motion for new trial, Dkt. # 482, is unopposed, the Court grants this request.

Accordingly, the Court DENIES Defendants request for an extension to amend or supplement the post-trial motions, except to file a reply to the already filed Motion for New

Trial, Dkt. # 482. Dkt. # 495. Defendant must file his reply no later than October 6, 2026. The Clerk is directed to re-note Defendant's Motion for New Trial, Dkt. # 482 to October 6, 2026.

Dated this 22nd day of September, 2026.

John H. Chun
United States District Judge