UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAHRI ASAD CUNNINGHAM,<br><br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed Motion to Extend the Deadline for Filing the Reply to the Government's Response to the Defendant's Post-Trial Motions. Dkt. # 501. The only pending motion is Defendant's motion for new trial. *See* Dkt. # 500; *see generally* Docket. Because the instant motion is unopposed and for the reasons stated by Defendant, the Court GRANTS the motion, Dkt. # 501, and ORDERS the Defendant to file his reply to the government's response to the Defendant's motion for new trial by October 30, 2026. The Clerk is directed to re-note the motion for new trial, Dkt. # 482, for October 30, 2026.

//

//

//

Dated this 23rd day of September, 2026.

John H. Chun
United States District Judge