UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHRI ASAD CUNNINGHAM,<br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br>ORDER |

Before the Court is pro se "Defendant's Unopposed Motion to Extend Reply Deadline to December 1, 2026; Request for Complete Trial Transcripts and Restoration of CM/ECF Filing Privileges." Dkt. # 508.

The Court GRANTS the request for the extension as the to the reply brief. The Court therefore DIRECTS the Clerk to re-note the motion at Dkt. # 482 for December 1, 2026.

The Court DENIES without prejudice Defendant's request for prompt delivery of a flash drive with the full official transcript. Transcripts may be obtained by contacting the court reporter. Transcripts may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for release of transcript restriction. After that date, it may be obtained through PACER. Information regarding the policy can be found on the court's website at www.wawd.uscourts.gov. The deadline for release of transcript restriction for the trial

in this case is December 15, 2026. *See* Dkt. # 496-498. The Court Reporter for this case was Debbie Zurn, and a transcript may be purchased by contacting her at debbie_zurn@wawd.uscourts.gov or 206-370-8504.

The Court DENIES without prejudice Defendant's request to restore his CM/ECF access. To restore access, Defendant may contact the Clerk's office at 206-370-8440 or cmecfreg@wawd.uscourts.gov. Defendant may also complete the ECF Registration Form for Pro Se Filers and follow the instructions within to mail or email the form. The form can be found at: www.wawd.uscourts.gov/sites/wawd/files/ECFRegistrationFormforProSeFilers.pdf.

Dated this 9th day of November, 2026.

John H. Chun
United States District Judge