UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAHRI ASAD CUNNINGHAM,<br>Defendant. | CASE NO. 2:23-cr-00090-JHC-3<br>ORDER |

This matter comes before the Court on Defendant's Motion for Funding for Transcripts. Dkt. 511. Defendant seeks the transcripts (that he does not already possess) from his trial conducted between August 3 – 6, 2026; he requests special authorization to receive the "opening statements, closing arguments, and oral jury instructions" along with "all proceedings, arguments, objections, rulings, and colloquies conducted outside the jury's presence." Dkt. 511 at 1. Pursuant to 28 U.S.C.A. § 753(f), the motion is GRANTED. The Courts DIRECTS the Clerk of the Court to facilitate payment through CJA.

//

//

Dated this 20th day of November, 2026.

John H. Chun
United States District Judge